## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MANUEL YSASI,

      Plaintiff,

vs.                                 No. 13 CIV-0183 JB/CG

DEPUTY SHERIFF KELLY BROWN,
DEPUTY SHERIFF CHRIS RIDER,
individually and in their official capacities
as Deputy Sheriffs of Lea County, New Mexico
and the LEA COUNTY DETENTION CENTER,

      Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on: (i) the Memorandum Opinion and Order, filed February 28, 2014 (Doc. 89)("MSJ MOO"); and (ii) a jury trial that the Court held from February 18, 2014 to February 19, 2014. The MSJ MOO disposed of: (i) Plaintiff Manuel Ysasi's state law claims against all the Defendants; (ii) Ysasi's unlawful arrest claims under the Fourth Amendment to the Constitution of the United States of America against Defendants Deputy Sheriff Kelly Brown and Deputy Sheriff Chris Rider; and (iii) Ysasi's claim against Defendant Lea County Detention Center for "holding him incommunicado for a period of three days with[out] access to bail in an attempt to cover up the actions of Deputies Rider and Brown," Complaint for Damages for Violation of Civil Rights and Jury Demand at 9, filed February 25, 2013 (Doc. 1). The jury returned a verdict for Brown, finding that he did not unlawfully enter Ysasi's property and he did not use excessive force on Ysasi. See Special Verdict Form at 1-2, filed February 19, 2014 (Doc. 88). The jury returned a verdict against Rider, finding that he unlawfully entered Ysasi's property, that unlawful entry was a proximate cause of injury or

damage to Ysasi, that Rider used excessive force, and that his use of excessive force was a proximate cause of injury or damage to Ysasi.  See Special Verdict Form at 1-2.  The jury awarded $75,000.00 in compensatory damages and $250,000.00 in punitive damages.  See Special Verdict Form at 1-2.  This final judgment adjudicates all of the existing claims and liabilities among the parties.

The prevailing parties are permitted to apply for fees and costs pursuant to D.N.M.LR-Civ. 54.5.

**IT IS ORDERED** that judgment is entered for Plaintiff Manuel Ysasi and against Defendant Deputy Sheriff Chris Rider in the amount of $75,000.00 compensatory damages and $250,000.00 punitive damages, and for Defendant Deputy Sheriff Kelly Brown against Ysasi on all claims Ysasi brought against Brown.  This case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Jon C. Fredlund
Fredlund & Bryan
Hobbs, New Mexico

--and--

Max Houston Proctor
Hobbs, New Mexico

--and--

Dick A. Blenden
Blenden Law Firm, P.A.
Carlsbad, New Mexico

*Attorneys for the Plaintiff*

Ronald J. Childress
Elaine R. Dailey
Klecan & Childress
Albuquerque, New Mexico

*Attorneys for the Defendants*